TOWNSHIP OF AVON *v.* DETROIT UNITED RAILWAY.

CONSTITUTIONAL LAW—CARRIERS — STREET RAILWAYS—RATES—
STATUTES—IMPAIRMENT OF CONTRACTS—INJUNCTION.
> On appeal from an order granting defendant's motion to
> perpetually stay proceedings against defendant street
> railway company under a bill to enjoin it from collecting
> from its passengers the rate of fare specified in Act No.
> 382, Pub. Acts 1919, the court holds the case is controlled
> by *Attorney General* v. *Railway,* 210 Mich. 227, and treats
> the motion as one to dismiss.

Appeal from Oakland; Rockwell (Kleber P.), J.
Submitted April 29, 1921.    (Docket No. 37.)    Decided
June 6, 1921.

Bill by the township of Avon and others against the
Detroit United Railway to enjoin the collection of pas-
senger rates under the provisions of Act No. 382, Pub.
Acts 1919.    From an order perpetually staying pro-
ceedings, plaintiffs appeal.    Affirmed.

*Glenn C. Gillespie,* for plaintiffs.

*Stevenson, Carpenter, Butzel & Backus (Elliott G.
Stevenson* and *Thomas G. Long,* of counsel), for de-
fendant.

CLARK, J.    The bill was filed to enjoin defendant
from collecting from its passengers the rate of fare
specified in Act No. 382 of the Public Acts of 1919, and
to compel the charging at franchise rates.    The motion
of defendant that all proceedings be stayed perpetually
was granted.    Plaintiffs have appealed.    The facts are
stated sufficiently in the case of *Attorney General* v.
*Railway,* 210 Mich. 227, and the holding there is de-
cisive of the legal questions here involved.

We do not consider the question of *res adjudicata*, but we have concluded to treat defendant's motion as a motion to dismiss. Decree will be entered dismissing the bill of complaint with costs to the defendant.

STEERE, C. J., and WIEST, FELLOWS, STONE, BIRD, and SHARPE, JJ., concurred. MOORE, J., did not sit.